IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICKY L. GRICE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv1168-MHT |
| | ) | (WO) |
| **LEEPOSEY DANIELS, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 30) is adopted.

(2) The petition for writ of habeas corpus (doc. nos. 1, 13, 15 & 25) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2017.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**